PD-0410-15

PD-0410-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/13/2015 12:10:55 PM
Accepted 4/15/2015 4:41:44 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE
STATE OF TEXAS

| | | |
|---|---|---|
| ROBERT OTHELLA LEWIS, | § | |
| A/K/A ROBERT LEWIS | § | |
|     APPELLANT | § | |
| | § | CCA NO.    PD-_____-15 |
| V. | § | COA NO.    02-13-00416-CR |
| | § | |
| THE STATE OF TEXAS, | § | |
|     APPELLEE | § | |

STATE'S FIRST MOTION FOR EXTENSION OF TIME FOR
FILING OF STATE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW Petitioner, the State of Texas, by and through Sharen Wilson, Criminal District Attorney of Tarrant County, and files this the State's Motion To Extend Time To File State's Petition For Discretionary review in the above captioned appeal and for cause would respectfully show the following:

I.

The court below is Criminal District Court Number One of Tarrant County, Texas, visiting Judge Jerry Woodlock, presiding. The style of the case in the trial court is The State of Texas v. Robert Othella Lewis, a/k/a Robert Lewis, No. 1299359D. Appellant was convicted by a jury of felony driving while intoxicated. RR. IV 59. He was then sentenced by that jury to five years' incarceration. RR. IV 134. The style and number of the case in the lower appellate court is Robert

<u>Othella Lewis a/k/a Robert Lewis v. The State of Texas</u>, No. 02-13-0416-CR.

Appellant is NOT in custody.

II.

The deadline for filing the State's petition is April 13, 2014. No extensions have previously been granted regarding the State's petition. The length of time requested for this extension is 30 days from April 13, 2015 -- until May 13, 2015. In light of all the foregoing, the modest extension herein requested, is sought solely in the interest of justice and not for purposes of delay.

III.

Recently, undersigned counsel has filed briefs in: *Thomas Lester Harper v. The State of Texas*, No. 02-14-00189-CR; and *Michael Raynard Speace, Jr. v. The State of* Texas, No. 08-15-00445 through 00447-CR.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant this **State's Motion for Extension of Time for Filing of State's Petition for Discretionary Review** and extend time for filing of the document to May 13, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

2

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief of the Appellate Section


 /s/  DANIELLE A. KENNEDY
DANIELLE A. KENNEDY, Assistant
Criminal District Attorney
State Bar No. 12166650
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
CCAAppellatealerts@tarrantcounty.com


## CERTIFICATE OF SERVICE

A true copy of the State's brief has been e-served to opposing counsel, the

Hon. Abe Factor, lawfactor@yahoo.com, 5719 Airport Freeway, Fort Worth,

Texas 76117, on this, the 13th day of April, 2015


 /s/  DANIELLE A. KENNEDY
DANIELLE A. KENNEDY

H:\KENNEDY.L09 lewis, robert othella pdr extn.mxt

3